```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


ANDREW ELLIOTT,                  )
                                 )
        Plaintiff,               )
                                 )
    v.                           )    No. 4:06CV1524(FRB)
                                 )
GATEWAY CLEAN AIR, and           )
DON BROWN CHEVROLET,             )
                                 )
        Defendants.              )
```

### ORDER OF DISMISSAL
### PURSUANT TO
### 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this  6th  day of February, 2007.

_____
**UNITED STATES DISTRICT JUDGE**